**MEMO ENDORSED**

# LAW OFFICE OF
# JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/2020

JEFFREY FLEISCHMANN                     Telephone: (646) 657-9623
                                        Facsimile: (646) 351-0694

---

June 19, 2020

<u>Via ECF:</u>
Hon. Valerie Caproni
United States District Judge
40 Foley Square
New York, NY 10007

   Re: *EMA Financial, LLC v. WOD Retail Solutions, Inc.*
     <u>20-cv-03519-VEC</u>

Dear Judge Caproni:

We represent plaintiff EMA Financial LLC ("EMA"). We write to request an adjournment of the Initial Conference, scheduled for June 26, 2020, and the related deadlines for submission of the Joint Proposed Case Management Plan and Discovery Order.

Defendant WOD Retail Solutions, Inc. ("WODI") was served with the summons and complaint on June 1, 2020 (Dckt. 7) making its answer due on June 23, 2020. However, WODI has not yet appeared in this action. Accordingly, I am unable to submit a Joint Proposed Case Management Plan and Discovery Order. Moreover, it remains to be seen if they will appear, in which case an Initial Conference will not be necessary.

This is the first request for an adjournment of the Initial Conference.

We thank the Court for its consideration.

      Respectfully submitted,

      THE LAW OFFICE OF JEFFREY FLEISCHMANN
      *Attorney for EMA Financial LLC*

      By: <u>/s/ Jeffrey Fleischmann</u>

1

Jeffrey Fleischmann

CC: Jonathan Uretsky, Esq. (via ECF)

Application GRANTED.  The pretrial conference is adjourned to **July 10, 2020 at 10:00 a.m.**

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**6/19/2020**