

LAW OFFICE OF
JEFFREY FLEISCHMANN, P.C.

150 Broadway, Suite 900
New York, N.Y. 10038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

July 1, 2020

Via ECF:
Hon. Valerie Caproni
United States District Judge
40 Foley Square
New York, NY 10007

   Re: *EMA Financial, LLC v. WOD Retail Solutions, Inc.*
     20-cv-03519-VEC

Dear Judge Caproni:

We represent plaintiff EMA Financial LLC ("EMA"). We write to request an adjournment of the Initial Conference, scheduled for June 26, 2020, and the related deadlines for submission of the Joint Proposed Case Management Plan and Discovery Order.

Defendant WOD Retail Solutions, Inc. ("WODI") was served with the summons and complaint on June 1, 2020 (Dckt. 7) making its answer due on June 23, 2020. However, WODI never answered and on June 26, 2020 the clerk entered a certificate of default. Dckt. 12. Accordingly, we expect to proceed with a motion for default promptly.

This is the second request for an adjournment of the Initial Conference.

We thank the Court for its consideration.

        Respectfully submitted,

        THE LAW OFFICE OF JEFFREY FLEISCHMANN
        *Attorney for EMA Financial LLC*

        By: /s/ Jeffrey Fleischmann
          Jeffrey Fleischmann

---

Application GRANTED. The initial pretrial conference is adjourned to **August 7, 2020 at 10:00 a.m.**
SO ORDERED.

*[signature]* 7/1/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1