```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EMA FINANCIAL, LLC, a Delaware Limited :
Liability Company, :
                              Plaintiff, :
:
              -against- : 20-CV-3519 (VEC)
:
WOD RETAIL SOLUTIONS, INC. f/k/a ELITE : ORDER
DATA SERVICES, INC., a Florida Corporation, :
:
                            Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a show cause hearing in this matter is scheduled for **September 4, 2020 at 10:00 a.m**. (Dkt. 23);

IT IS HEREBY ORDERED that the hearing will take place via teleconference. The parties must appear for the hearing by dialing **888-363-4749**, using the access code **3121171** and the security code **3519**. No later than **August 28, 2020**, Plaintiff is directed to mail a copy of this order to Defendant and post proof of mailing on ECF.

**SO ORDERED.**

**Date: August 26, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**