```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
EMA FINANCIAL, LLC, a Delaware Limited Liability Company,

              Plaintiff,

  - against -

WOD RETAIL SOLUTIONS, INC. f/k/a ELITE DATA SERVICES, INC., a Florida Corporation,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 20-CV-3519-VEC

~~[PROPOSED]~~
**DEFAULT JUDGMENT**

      This matter having been commenced on May 6, 2020, by the filing of a Summons and Complaint, the Court finds as follows:

      1.    A copy of the summons and complaint was served on Defendant WOD Retail Solutions, Inc. f/k/a Elite Data Services, Inc., by personally serving Carmen Hurtado on June 4, 2020. Proof of service was filed on June 9, 2020. (Dkt. 7).

      2.    Accordingly, Defendant was required to answer or otherwise move by June 25, 2020.

      3.    To date, Defendant has failed to answer, appear or otherwise move,

      4.    The Clerk of the Court noted Defendant's default on June 26, 2020, and filed a Certificate of Default against Defendant. (Dkt. 12).

      ORDERED, ADJUDGED, AND DECREED: That the plaintiff have judgment against Defendant for the amount of $330,000.00, with interest at 24%, from ~~February 5, 2016~~ **February 3, 2020** through the date of entry of judgment __September 4, 2020__, and attorneys' fees in the amount of

$__7,396.93_____ for a total judgment amount of __$ 383,831.70_____ and that plaintiff

have execution thereof.

Dated: New York, New York
       __September 4_, 2020

                                                ENTER:

                                                _____/s/ Valerie Caproni_____
                                                HONORABLE VALERIE CAPRONI
                                                UNITED STATES DISTRICT JUDGE